UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LINDA FLOWERS,<br><br>       Plaintiff,<br><br>  v.<br><br>LISA S. RIPEIRO, et al.,<br><br>       Defendants. | Case No. 18-cv-03304-JST<br><br>**ORDER TRANSFERRING VENUE**<br>Re: ECF Nos. 3, 6 |

Before the Court are Plaintiff's motions for leave to proceed *in forma pauperis* and for a permanent restraining order. ECF Nos. 3, 6. The conduct complained of in this case took place in Stockton, California, which lies within the venue of the United States District Court for the Eastern District of California. ECF No. 1. Moreover, all parties reside in the Eastern District of California. *Id.* Venue, therefore, properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b). This case is TRANSFERRED to the United States District Court for the Eastern District of California. *See id.* § 1406(a).

      **IT IS SO ORDERED.**

Dated: June 13, 2018

                         _____
                            JON S. TIGAR
                     United States District Judge

United States District Court
Northern District of California